

**United States Department of Justice**

United States Attorney's Office

Western District of Texas - El Paso Division

*700 E. San Antonio Ave, Suite 200*  *Phone: (915) 534-6884*
*El Paso, Texas 79901*  *Facsimile: (915) 534-6024*

February 12, 2024

United States District Clerk's Office
Western District of Texas
525 Magoffin Avenue, Suite 105
El Paso, Texas 79901

      **Re:**    **U.S. v. Jonathan Enrique Herrera-Vasquez**
                  **24-MJ-00643-LS**

Dear Sir or Madam:

      This is to advise you that the undersigned Assistant United States Attorney is currently the attorney assigned to represent the United States in the above-entitled and numbered cause on all matters forthwith. Please update your records to accurately reflect this information.

      Thank you for your attention to this matter.

                                        Sincerely,

                                        JAIME ESPARZA
                                        UNITED STATES ATTORNEY

                          By:        /s/
                                Patricia Aguayo
                                Assistant United States Attorney